PER CURIAM.
While there is no merit in the appellant’s attacks upon his convictions, which claim error in the failure to suppress his confession, see Busch v. State, 392 So.2d 272 (Fla. 1st DCA 1980), cert. denied, 452 U.S. 909, 101 S.Ct. 3040, 69 L.Ed.2d 412 (1981); State v. Thomas, 405 So.2d 462 (Fla. 3d DCA 1981); Collier v. State, 353 So.2d 1219 (Fla. 3d DCA 1977); compare Payton v. New York, 445 U.S. 573, 100 S.Ct. 1371, 63 L.Ed.2d 639 (1980), we do agree — as the state concedes — that his sentence for attempted burglary of an occupied dwelling must, after remand, be reduced from fifteen to five years imprisonment. Sec. 777.-04(4)(c), 775.082(3)(d), Fla.Stat. (1979); Fenn v. State, 398 So.2d 1004 (Fla. 5th DCA 1981). With that exception, the judgments and sentences under review are affirmed.
Affirmed as modified.